IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALVADOR O. OROZCO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 06-309-CJP |
| MICHAEL J. ASTRUE,[1] COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter comes before the court for purposes of docket control.

The court has entered a briefing schedule which required plaintiff to file his brief by December 13, 2006. The order provided that "The submission of a brief is mandatory, and the failure to submit such brief in the form provided above may result in appropriate sanctions by the Court." **See, Doc. 14.** Plaintiff has not filed his brief.

In view of plaintiff's pro se status, the court will give him additional time in which to prepare and file a brief. The brief need not contain legal citations. Plaintiff should simply explain in his brief why he thinks the Administrative Law Judge was wrong to deny his application for benefits.

**Plaintiff is hereby warned that failure to file a brief as ordered may result in sanctions, and that those sanctions may include dismissal of his case.**

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is substituted as defendant herein pursuant to Fed.R.Civ.25(d).

Plaintiff shall file his brief with this court no later than **April 16, 2007.**

Defendant shall file his brief within thirty days after plaintiff's brief is filed.

**IT IS SO ORDERED.**

**DATE:  March 14, 2007.**


        **s/ Clifford J. Proud**
        **CLIFFORD J. PROUD**
        **UNITED STATES MAGISTRATE JUDGE**