# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SALVADOR O. OROZCO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | NO. 06-309-CJP |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on August 17, 2007 (Doc. 20), the final decision of the Commissioner of Social Security is **AFFIRMED**. Judgment is entered in favor of defendant **MICHAEL J. ASTRUE** and against plaintiff **SALVADOR O. OROZCO**. Plaintiff shall take nothing from this action.

DATED: August 21, 2007

> **NORBERT G. JAWORSKI, CLERK**
>
> **BY:** S/ Angela M. Vehlewald
> Deputy Clerk

**Approved by** S/ Clifford J. Proud
**United States Magistrate Judge**
**Clifford J. Proud**